# ELECTRONIC RECORD

COA # 07-14-00149-CR  OFFENSE: 49.02

STYLE: Dennis Ray Cook v. The State of Texas  COUNTY: Lubbock

COA DISPOSITION: Affirmed  TRIAL COURT: County Court at Law No 1

DATE: 10/30/14  Publish: NO  TC CASE #: 2012-472,011

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Dennis Ray Cook v. The State of Texas  CCA #: 1650-14

_____PRO SE_____ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

REFUSED  JUDGE: _____

DATE: 03/18/2015  SIGNED: _____  PC: _____

JUDGE: Per Curiam  PUBLISH: _____  DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**